UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| ELIZABETH A. YOUNG, )<br>    Plaintiff, )<br>v. )<br>FICOSA NORTH AMERICAN )<br>CORPORATION, and DELBAR )<br>PRODUCTS, INC., )<br>    Defendants. ) | NO. 2: 09-0055<br>JUDGE CAMPBELL |

ORDER

Pending before the Court is Plaintiff's Motion to Remand (Docket No. 12). For the reasons stated in the accompanying Memorandum, Plaintiff's Motion is DENIED.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE